**Stephanie SASNETT, a Minor By and Through Her Guardian and Natural Mother, Maria SASNETT, et al., Appellants,**

v.

**CITY OF KANSAS CITY, Missouri, Respondent.**

**No. WD 77231.**

Missouri Court of Appeals, Western District.

Oct. 7, 2014.

Andrew J. Gelbach, Warrensburg, MO, Wm. Dirk Vandever and Mark Schloegel, Kansas City, MO, for appellants.

Douglas McMillan, Senior Associate City Attorney, Chad A. Stewart, Associate City Attorney, Kansas City, MO, for respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and LISA WHITE HARDWICK and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

This is an appeal from an order of satisfaction of judgment entered by the Circuit Court of Jackson County, Missouri. Because a published opinion would serve no jurisprudential purpose, the parties have

been provided with a memorandum setting forth the reasons for this order. We affirm. Rule 84.16(b).